UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
ROBERT C. WHITE,                    :
                                    :   No. 18-cv-13723 (NLH)(AMD)
            Plaintiff,              :
                                    :
        v.                          :   MEMORANDUM OPINION
                                    :
MS. ARBONA, et al.,                 :
                                    :
            Defendants.             :
_____ :

IT APPEARING THAT:

1. Plaintiff Robert C. White filed a Complaint raising claims pursuant to 42 U.S.C. § 1983 for actions that occurred while he was incarcerated at the Federal Correctional Institution at Fairton in Fairton, New Jersey. ECF No. 1. At the time he submitted his Complaint, however, Plaintiff was incarcerated at the Federal Medical Center at Lexington in Lexington, Kentucky. See id.

2. On October 30, 2018. the Court granted Plaintiff permission to proceed in forma pauperis. ECF No. 3. A copy of that order was sent to Petitioner's address of record at FMC Lexington. See id.

3. The order mailed to Plaintiff's address of record has been returned to sender because Plaintiff no longer resides at FMC Lexington. See ECF No. 4. In addition, a notice of

1

electronic filing that had been sent to Plaintiff regarding a letter he filed on the docket has also been returned to sender. See ECF No. 5. It appears that he has been relocated to a new facility.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Plaintiff updating his contact information to satisfy the appropriate Rules.

6. An appropriate order follows.


Dated: December 13, 2018      s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.